IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELESTINO GUILLERMO, | ) | No. C 11-6231 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| TERRI MCDONALD, Warden, | ) ) | |
| Respondent. | ) ) ) | **(Docket No. 8)** |

Good cause appearing, Petitioner's motion for an extension of time in which to file a traverse is GRANTED. He shall file a traverse within 30 days of the date this order is filed.

IT IS SO ORDERED.

DATED: July 9, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTINO GUILLERMO,<br><br>       Plaintiff,<br><br>  v.<br><br>TERRI MCDONALD et al,<br><br>       Defendant.<br>_____/ | Case Number: CV11-06231 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Celestino Guillermo
F96691
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: July 9, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk